# BIRNBERG & ASSOCIATES

Cory A. Birnberg, P.C.

ATTORNEYS AT LAW

1083 MISSION STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94103

TEL   (415) 398-1040
FAX   (415) 398-2001
E-MAIL   birnberg@birnberg.com

Henry D. Dicum
Of counsel

15 March 2011

## VIA E-FILE and FIRST CLASS MAIL

Magistrate Judge Joseph C. Spero
U.S. District Court-Northern District of California
Courtroom, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Biller v. Westar*
      USDC-ND Cal Case No.: 10-05731 JCS

**Case Management Conference**
Date:   March 25, 2011
Time:   1:30 p.m.

Dear Judge Spero:

    We filed the above reference lawsuit (because the statue of limitations was imminent) while we were in settlement discussion and the Plaintiff was still treating with his primary doctor. We are *still* in settlement discussions, and the case has been transferred from the adjustors to counsel, e.g. Richard Wootton of Cox, Wootton, Griffin, Hansen & Poulos. We have just filed the Waiver of Summons executed by the latter law firm.

    We are requesting that the CMC be continued from March 25th until another 60 days, and all dates be continued accordingly.

Sincerely yours,
BIRNBERG & ASSOCIATES

*Cory A. Birnberg*

Cory A. Birnberg

*Birnberg & Associates*

John Giffin
November 15, 2010
Page 2 of 2

CAB:rsg
\\Legalmaster\clients\Spero~Chamber letter re continuance.doc

IT IS HEREBY ORDERED that the case management conference shall be continued to May 27, 2011 at 1:30 p.m.  The joint case management conference statement shall be due by May 20, 2011.

Dated: March 16, 2011

