BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Mission St., Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
JAMES ANTHONY BILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY BILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TERILYN, its engines, tackle, equipment, furnishings, and machinery, *in rem*, WESTAR MARINE SERVICES, a business entity of unknown form, *in personam*,<br><br>Defendants. | Case No. C 10-05731 SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND THE SCHEDULING ORDER REGARDING DESIGNATION OF EXPERTS AND EXPERT WITNESS DISCOVERY |

WHEREAS, the Court, in its Status Conference Order Setting Time for Compliance with Certain Rules of Court, dated July 22, 2011, [hereinafter "Order"] set June 4, 2012 as the day "All discovery shall be completed and all depositions taken";

WHEREAS, there were no dates regarding expert witness disclosures in the Order;

WHEREAS, FRCP Rule 26(a)(2)(D) states that, unless otherwise ordered by the Court, the last day to disclose expert witnesses is ninety (90) days before trial, which is June 6, 2012.

///

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER REGARDING DESIGNATION OF EXPERTS AND EXPERT WITNESS DISCOVERY           1           Case No.: C 10-05731 SC

WHEREAS, the parties, by and through their counsel of record, have agreed and therefore stipulate to request that the Order be amended as follows:

06/04/2012   Last Day to complete all non-expert discovery and all non-expert deposition

06/06/2012   Last Day for all parties to designate expert witness information pursuant to FRCP Rule 26(a)(2)

08/06/2012   Last Day for all parties to complete expert witness discovery and expert witness depositions

Dated: March 8, 2012                         BIRNBERG & ASSOCIATES

                                             By:   /s/ Cory A. Birnberg
                                                   Cory A. Birnberg
                                                   Attorneys for Plaintiff

Dated: March 8, 2012                         COX, WOOTTON, GRIFFIN,
                                             HANSEN & POULOS

                                             By:   /s/ Max L. Kelley
                                                   Max L. Kelley
                                                   Richard C. Wootton
                                                   Attorneys for Defendants

APPROVED AND SO ORDERED.

Dated:   3/13/12

_____
Hon.
United                          dge

*IT IS SO ORDERED*
*Judge Samuel Conti*

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER REGARDING DESIGNATION OF EXPERTS AND EXPERT WITNESS DISCOVERY          2          Case No.: C 10-05731 SC