1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  1083 Mission St., Third Floor
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
4  Facsimile Number: (415) 398-2001

5  Attorneys for Plaintiff
   JAMES ANTHONY BILLER
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | JAMES ANTHONY BILLER, an          ) | Case No.  C 10-05731 SC
11 | individual,                        )
   |                                    )
12 |              Plaintiff,            )
   |                                    ) | STIPULATION AND [~~PROPOSED~~]
13 |        vs.                         ) | ORDER TO AMEND THE
   |                                    ) | SCHEDULING ORDER
14 | TERILYN, its engines, tackle, equipment, ) | REGARDING DESIGNATION OF
15 | furnishings, and machinery, *in rem*, ) | EXPERTS AND EXPERT
   | WESTAR MARINE SERVICES, a business ) | WITNESS DISCOVERY
16 | entity of unknown form, *in personam*, )
   |                                    )
17 |              Defendants.           )
   |_____)
18

19      WHEREAS, the Court, in its Status Conference Order Setting Time for Compliance

20 with Certain Rules of Court, dated July 22, 2011, [hereinafter "Order"] set June 4, 2012 as

21 the day "All discovery shall be completed and all depositions taken";

22      WHEREAS, there were no dates regarding expert witness disclosures in the Order;

23      WHEREAS, FRCP Rule 26(a)(2)(D) states that, unless otherwise ordered by the

24 Court, the last day to disclose expert witnesses is ninety (90) days before trial, which is June

25 6, 2012.

26

27 ///

28

BIRNBERG &
ASSOCIATES
1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER REGARDING DESIGNATION OF EXPERTS
AND EXPERT WITNESS DISCOVERY             1                          Case No.: C 10-05731 SC

WHEREAS, the parties, by and through their counsel of record, have agreed and therefore stipulate to request that the Order be amended as follows:

06/04/2012     Last Day to complete all non-expert discovery and all non-expert deposition

06/06/2012     Last Day for all parties to designate expert witness information pursuant to FRCP Rule 26(a)(2)

08/06/2012     Last Day for all parties to complete expert witness discovery and expert witness depositions

Dated: March 8, 2012          BIRNBERG & ASSOCIATES

                                              By:   /s/ Cory A. Birnberg
                                                    Cory A. Birnberg
                                                    Attorneys for Plaintiff

Dated: March 8, 2012          COX, WOOTTON, GRIFFIN, HANSEN & POULOS

                                                    By:   /s/ Max L. Kelley
                                                    Max L. Kelley
                                                    Richard C. Wootton
                                                    Attorneys for Defendants

APPROVED AND SO ORDERED.

Dated: __3/13/12__

                                                  _____
                                                 Hon.
                                                 United States District Judge

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001