BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Mission St., Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
JAMES ANTHONY BILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY BILLER, an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>TERILYN, its engines, tackle, equipment, furnishings, and machinery, *in rem*, WESTAR MARINE SERVICES, a business entity of unknown form, *in personam*,<br><br>             Defendants. | Case No.  C 10-05731 SC<br><br>STIPULATION AND DISMISSAL WITH PREJUDICE<br><br>**[F.R.C.P. 41(a)]** |

NOW COMES PLAINTIFF JAMES ANTHONY BILLER and DEFENDANTS WESTAR MARINE SERVICES and the tug *TERILYN*, and hereby stipulate to the dismissal of the entire action with prejudice pursuant to F.R.C.P. 41(a), each party to bear their own costs and attorneys fees.

Dated: September 11, 2012                           BIRNBERG & ASSOCIATES

                                                        By:     /S/ Cory A. Birnberg
                                                             Cory A. Birnberg
                                                              Attorneys for Plaintiff

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND ORDER DISMISSING CASE
1
Case No.: C 10-05731 SC

Dated: September 11, 2012						COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP


							By:	/S/ Max L. Kelley
								Max L. Kelley
								Richard C. Wootton
								Attorneys for Defendants


APPROVED AND SO ORDERED.

Dated: __9/13/12_____



_____
Hon. _____
United States District Court Judge

BIRNBERG & ASSOCIATES

1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND ORDER DISMISSING CASE
2
Case No.: C 10-05731 SC