BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Mission St., Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
JAMES ANTHONY BILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY BILLER, an individual,<br><br>            Plaintiff,<br><br>   vs.<br><br>TERILYN, its engines, tackle, equipment, furnishings, and machinery, *in rem*, WESTAR MARINE SERVICES, a business entity of unknown form, *in personam*,<br><br>            Defendants. | Case No.   C 10-05731 SC<br><br><br>STIPULATION AND DISMISSAL WITH PREJUDICE<br><br>**[F.R.C.P. 41(a)]** |

NOW COMES PLAINTIFF JAMES ANTHONY BILLER and DEFENDANTS WESTAR MARINE SERVICES and the tug *TERILYN*, and hereby stipulate to the dismissal of the entire action with prejudice pursuant to F.R.C.P. 41(a), each party to bear their own costs and attorneys fees.

Dated: September 11, 2012                            BIRNBERG & ASSOCIATES


                                                              By: ___/S/ Cory A. Birnberg___
                                                                    Cory A. Birnberg
                                                                 Attorneys for Plaintiff

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND ORDER DISMISSING CASE
1
Case No.: C 10-05731 SC

Dated: September 11, 2012

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP


By:    /S/ Max L. Kelley
      Max L. Kelley
      Richard C. Wootton
      Attorneys for Defendants


APPROVED AND SO ORDERED.

Dated: __9/13/12_____



_____
Hon. _____
United States District Court Judge

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND ORDER DISMISSING CASE

2                                                                Case No.: C 10-05731 SC